Elbert *et al.* *v.* Hoby.

———————

No. 6834.

ELBERT ET AL. *v.* HOBY.

PRACTICE.—*Misconduct of Juror.*—*Bill of Exceptions.*—*Supreme Court.*—Affidavits concerning alleged misconduct of jurors must be made a part of the record by a bill of exceptions or order of court, to present any question thereon in the Supreme Court.

From the Hamilton Circuit Court.

*W. T. Jones, S. J. Wright, H. Jordan* and *L. Jordan,* for appellants.

WOODS, J.—We are asked to reverse the judgment in this case solely on the alleged misconduct of jurors, but the affidavits concerning that misconduct are not made a part of the record by a bill of exceptions, or by an order of the court. There is therefore no question properly presented for our decision. See *McDaniel* v. *Mattingly,* 72 Ind. 349, and cases cited.

Judgment affirmed, with costs.